IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 1:09CR175(12) |
| | § | (Judge Marcia Crone) |
| MINDY KAY MCGILVREY | § | |

## INFORMATION

### Count One

Violation: 18 U.S.C. § 4
(Misprision of a Felony)

That from on or about August 1, 2003, the exact date being unknown to the Grand Jury, and continuing thereafter until on or about February 17, 2010, in the Eastern District of Texas and elsewhere, **Mindy Kay McGilvrey**, defendant, while having knowledge of the actual commission of a felony recognizable by a court of the United States, to wit; conspiracy to possess with intent to distribute a Schedule II controlled substance, namely, cocaine HCl, in an amount of five (5) kilograms or more, and the defendant did knowingly conceal and did not as soon as possible make known the same to some judge or other person in civil authority under the United States.

In violation of 18 U.S.C. § 4.

JOHN M. BALES
United States Attorney

David H. Henderson
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 1:09CR175(12) (Judge Marcia Crone) |
| MINDY KAY MCGILVREY | § | |

## NOTICE OF PENALTY

### Count One

Violation: 18 U.S.C. § 4

Penalty: Imprisonment for not more than three (3) years, a fine not to exceed $250,000.00, or both. A term of supervised release of not more than one (1) year.

Special Assessment: $100.00.