DATE __July 19, 2011__                          CASE NUMBER __1:09cr175(12)__

LOCATION __BEAUMONT DIVISION__          USA     __David Henderson__          Assigned

JUDGE __MARCIA CRONE__                  VS      __David Henderson__          Appeared

DEPUTY CLERK __Patricia Leger__

RPTR/ECRO __Chris Bickham__                     __MINDY KAY MCGILVREY__

TAPE # _____                                 Defendant

USPO __Not present__                            __Guy Lee Womack__

INTERPRETER_____

BEGIN __3:19 pm__                               Attorn **FILED**

                                                P.M. _____ 7.19 ___ 20 11
                              **PLEA HEARING**    DAVID J. MALAND, CLERK
                                                   U.S. DISTRICT COURT
                                                By_____
                                                              DEPUTY

X . . . . . .    (Plea Hearing)              Interpreter ☐ sworn

X . . . . . .    Hearing held                ☐ Hearing called

☐ . . . . . .    Information (felony)         ☐ kinfo.misd. . Information (misdemeanor)     ☐ ksl.info. .    Information (sealed)

X . . . . . .    Indictment unsealed          ☐ kinfo.uns. . Information Unsealed

X . . . .        Dft appears **X** with  ☐ without  counsel;  ☐ Dft appears pro se;  ☐ Counsel appears on behalf of dft.

☐ . . . . . .    Dft files Waiver of Indictment     ☐ Dft. advised of right to grand jury consideration

☐ . . . . . .    Dft first appearance with counsel ☐ CJA ☐ Ret.  ☐ USPD ☐ kdaddatty

**X** . . . Dft   **X** sworn                  **X** physically/mentally ready          ☐ name spelled

                 **X** advised of charges      **X** advised of maximum penalties       ☐ advised of right to remain silent;

                 ☐ advised of right to counsel  ☐ rec'd copy of the charges;            ☐ discussed charges w/ cnsl;

                 ☐ charges read                ☐ waived reading of charges;             **X** No pressure to plead

                 ☐ advised of alternate sentencing under Youth Corrections Act;

☐ . . . . . . . .  Consent to trial before U.S. Magistrate Judge

X . . . . . . .   Dft enters a plea of: ☐ ngpl. (not guilty)  **X** gpl. (guilty)  ☐ nolopl. (nolo)  ☐ glesspl. (guilty - lesser)
                 to counts: **X** 1 ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  ☐ 8  ☐ 9  ☐ 10  ☐ 11  ☐ 12 ☐ all counts;
                 ☐ Other Counts _____   Of the ☐ Indictment **X** Information ☐ First Superseding Indictment

X . . . . . . .   Factual Basis Established

X . . . . . . .   Court finds plea voluntary, knowledgeable & that it has a basis in fact.

X . . . . . . .   Plea accepted                 ☐ kplagrej.  Plea agreement rejected _____

☐ . . . . . . . .  Plea Agreement acceptance deferred pending review of PSI

X . . . . . . .   Plea agreement filed - in accordance with the local rules

☐ . . . . . .    mfiling.ddl  Motion filing deadline. Pretrial motions or change of plea due by _____

☐ . . . . . .    Sentencing deferred for pre-sentence investigation.

☐ . . . . . . . .  Sentencing set for _____ before Judge _____

☐ . . . . . . . .  Government motion for detention

☐ . . . . . . . .  Dft bond  ☐ set ☐ reset to $_____  ☐ cash ☐ surety ☐ 10 % ☐ PR ☐ unsecured

X . . . . . . . .  Bond continued **X** in this case  ☐ $ _____ Type: _____ ☐ other case No. _____

☐ . . . . . . . .  Order setting conditions of release        ☐ Bond executed, deft released;

☐ . . . . . . . .  Entered Order of Detention    ☐ kotmpdtn. Temp Detention Pndg Hearing

☐ . . . . . . . .  Dft remanded to custody of U.S. Marshal;    ☐ State charges (LO)

☐ . . . . . . . .  Dft failed to appear, oral order for arrest warrant;   ☐ bond forfeited

☐ . . . . . . . .  Government motion _____     ☐ koralo. . . _____

☐ . . . . . . . .  Defendant motion _____      ☐ koralo. . . _____

☐ . . . . . . . .  Exhibit List      ☐ kwitlst. Witness List

IN-COURT TIME:  23 **MIN**

**CRIM 92-116**           ☐   See reverse/attached for additional proceedings    __3:42 pm__    Adjourn